2:22-cv-00028

# Notice:

# No IFP Application, or Filing Fee was received with Initiating Documents.